1  GREGORY ALAN RUTCHIK (SB# 195423)
   (gregory@rutchik.com)
2  **the arts and technology law group**
   9320 Wilshire Blvd., Suite 306
3  Beverly Hills, California 90212
   Telephone: (888) 399-9007
4  Facsimile: (310) 861-1804

5  COLETTE VOGELE (SB# 192865)
   (Colette@vogelelaw.com)
6  BENJAMIN COSTA (SB# 245953)
   (ben@vogelelaw.com)
7  **VOGELE & ASSOCIATES PC**
   12 Geary Street, Suite 701
8  San Francisco, CA 94108
   Telephone: (415) 391-3311
9  Facsimile: (415) 358-4975

10  Attorneys for Plaintiff, Jane Doe

11           UNITED STATES DISTRICT COURT FOR THE

12             CENTRAL DISTRICT OF CALIFORNIA

13  Jane Doe, an individual d/b/a          CASE NO. CV09-05648 CBM (FFMx)
    POGOWASRIGHT.ORG
14
                                           **COMPLAINT FOR DECLARATORY**
15           Plaintiff,                     **RELIEF**

16       v.

17  Lillian Glass, Ph.D., an individual    **REQUEST FOR TRIAL BY JURY**
              Defendant.
18
                                           BY FAX
19

20

21  **TO DEFENDANT AND HER ATTORNEY OF RECORD:**

22  Plaintiff Jane Doe ("Doe" or "Plaintiff") hereby alleges as follows:

23                        **INTRODUCTION**

24       1.    This case concerns whether the anonymous operator of an internet blog

25  forum may be sued for comments made to the forum by anonymous third parties, or

26  whether the forum operator is protected by Section 230 of the Communications Decency

27  Act, 47 U.S.C. § 230. This case also concerns whether writings critiquing the public

28
                                  1

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILLSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
2009 JUL 31  PM 3:39
FILED

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILLSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

1   actions of a public figure – which are made at/on an Internet forum by the forum's

2   operator – are protected opinions under the First Amendment, and, even if they are not,

3   whether the statue of limitations has nevertheless expired for the claims threatened by

4   an individual subject of the forum's commentary.

5   **JURISDICTION**

6   2.       This action arises under the Declaratory Judgment Act, 28 U.S.C.

7   §§ 2201(a) and 2202, and under the Communications Decency Act, 49 U.S.C. § 230 et.

8   seq.

9   3.       This Court has supplemental subject matter jurisdiction over state law

10  claims pursuant to 28 U.S.C. § 1367(a) in that the state law claims form part of the same

11  case or controversy as the federal claims.

12  4.       This Court also has jurisdiction pursuant to 28 U.S.C. § 1332. The amount

13  in controversy regarding all claims exceeds the sum or value of $75,000. Plaintiff Doe

14  and Defendant Glass are citizens of different states.

15  **VENUE**

16  5.       Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and

17  1400(a).

18  **PARTIES**

19  6.       Plaintiff Doe is an individual residing in New York. She[1] is the owner and

20  operator of the website "Pogo Was Right: Privacy News from Around the World" which is

21  located at http://www.pogowasright.org ("Pogo"). Doe is also the real life identity of

22  Pogo's lead author, where she has written under the pseudonym "dissent" since

23  approximately April 2006.  The Pogo website focuses primarily on the issue of privacy

24  rights online and in life. A true and correct screen shot of the "About" page for Pogo

25  appears as follows:

26

27  [1] By using the anonymous "Jane" and the pronoun "she," Plaintiff does not admit or deny
28  that she is female.

(True and correct copies of this "About" page, available at

http://www.pogowasright.org/?page_id=2, as it appeared on July 28, 2009, are

attached to this Complaint as Exhibit **A**.)

      7.     Doe also writes and maintains the "Chronicles of Dissent" blog,[2] which is

also located at the Pogo website. *See* Chronicles of Dissent,

http://www.pogowasright.org/blogs/dissent/ (last visited July 28, 2009.) The

Chronicles of Dissent blog contains Doe's writings and commentary about privacy-

---

[2] "A blog (a contraction of the term "weblog") is a type of website, usually maintained by an individual with regular entries of commentary, descriptions of events, or other material such as graphics or video. Entries are commonly displayed in reverse-chronological order ... Many blogs provide commentary or news on a particular subject ... The ability for readers to leave comments in an interactive format is an important part of many blogs." *See* http://en.wikipedia.org/wiki/Blog (last visited July 30, 3009).

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILLSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

related issues under her pseudonym "dissent". A true and correct screen shot of the "About" page at the Chronicles of Dissent blog appears as follows:



(True and correct copies of this "About" page, available at http http://www.pogowasright.org/blogs/dissent/?page_id=2, as it appeared on July 28, 2009, are attached to this Complaint as Exhibit **B**.)

8.      Defendant Lillian Glass, Ph.D. ("Glass") is an individual residing in Los Angeles County, California. Defendant Glass operates the website located at http://drlillianglass.com.  A true and correct copy of the home page of drlillianglass.com appears in as follows:

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILLSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

(True and correct copies of this homepage, available at http://www.drlillianglass.com, as it appeared on July 28, 2009, are attached to this Complaint as Exhibit **C**.)

## **GENERAL ALLEGATIONS**

**A.     Britney Spears' Health Controversy, The Ensuing Public Debate, And Jane Doe's Opinions On Patient Privacy.**

9.      More than a year and a half ago, renowned entertainment starlet Britney Spears was reported by members of the news media as suffering from an emotional breakdown of sorts. Spears had gained weight, cut her hair, and had reportedly been suffering from various physical and psychological ailments. The media frenzy which ensued included numerous television, radio, internet, newspaper, and magazine reports

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

1   all curious about Ms. Spears' personal problems. It did not take long for celebrity

2   psychologists, like "Dr. Phil" and others, to take up the issue of Ms. Spears' alleged

3   problems.

4        10.    Around that time, and disturbed by what she perceived as a grave violation

5   of Ms. Spears' right to privacy and confidentiality as a patient, Jane Doe (writing under

6   her pseudonym "dissent") made the following entry dated January 6, 2008, at her

7   Chronicles of Dissent blog (hereinafter "Post 768"), where she often writes about the

8   issue of patient privacy:

9

10



24   (True and correct copies of this "Post 768," available at

25   http://www.pogowasright.org/blogs/dissent/?p=768, as it appeared on July 28, 2009,

26   are attached to this Complaint as Exhibit **D**.)

27

28

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

11.    Later in Post 768, Jane Doe asks:

"[W]ho is looking out for patient privacy and confidentiality here? Because the incident occurred in California and "Dr. Phil" is not licensed to practice psychology in California (as far as I can tell, anyway), he may or may not have violated their laws. Did he violate Texas's laws for psychologists? *[Clearly not, since he is no longer licensed in Texas]*. And did Cedars-Sinai violate HIPAA?"

12.    More than a dozen readers of the Chronicles of Dissent blog entered comments to Post 768. These third party comments appear at the Chronicles of Dissent blog in the space immediately below the main posting written by Jane Doe. (*See* Exhibit **D**.)

13.    Shortly thereafter, on information and belief, on January 10, 2008, Defendant Glass wrote on her own blog, located at http://drlillianglass.wordpress.com, an entry commenting at length on Ms. Spears' situation:[3]

BRITNEY IS NOT THAT CRAZY! SHE IS SANE ENOUGH TO COMPLETEY REJECT HER TOXIC MANIPULATIVE, BETRAYING, GREEDY, SELFISH MOTHER.

But now, unfortunately we have all witnessed Britney's mental disease in action. Her most probable bipolar disorder and other underlying disorders (borderline personality disorder, anxiety disorder, and narcissistic disorder) and reported drug abuse have provided us with an explanation as to Britney's bizarre and erratic behaviors. We can all see that it is not her fault that she has been acting the way she has been since she shaved her head. She is ill and desperately needs psychiatric and medical help.

14.    On information and belief, Defendant Glass wrote another entry on her blog, also dated January 10, 2008, offering to help Ms. Spears through her personal

---

[3] Originally located at: http://drlillianglass.wordpress.com/2008/01/10/britney-is-not-that-crazy-she-is-sane-enough-to-completey-reject-her-toxic-manipulative-betraying-greedy-selfish-mother/. This post has since been removed.

COMPLAINT FOR DECLARATORY RELIEF

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

1    trauma and providing the following advice:[4]

3    BRITNEY IS A CANDIDATE FOR SUICIDE IF SHE IS NOT
     TREATED IMMEDIATELY!

5    Britney I can definitely help you get your life back together. I
     can definitely guide you in the right direction so that you
6    become more balanced so you can regain custody of your
     kids and be a good mother to your kids.

8    I know you have thrown your mother out of your life right
     now. I am more than willing to serve as your mother figure
9    so that you don't jump so far off the deep end that there is no
     way back.

10   Britney, the world is NOT out to get you because you are
     famous. Your paranoia is the first symptom that is part of
11   your disease. Your up and down mood swings, your nost [sic]
12   probable alcohol and or drug use, your lack of caring about
     your physical hygiene , your poor grooming, your out of
13   shape body and the self destructive behavior you exhibit are
     all signs of your disease.

15   YOU MUST BE PROPERLY MEDICATED AT ONCE!
     PLEASE CHECK INTO UCLA'S NEUROPSYCHIATRIC
16   INSTITUTE FOR A COMPLETE WORKUP AND
     EVALUATION AND TREATMENT! YOU NEED
17   ATTENTION AT ONCE."

18   15.   Defendant Glass' continued her blog entry dated January 10, 2008, with

19   her contact information and urging Ms. Spears to contact her:

21   Britney, if you a re reading this blog, please email me, call me
     at my office at 310 274-0528 or come and see me at 435 N.
22   Bedford Drive Suite 408 Beverly Hills, Ca. I am here for you.
     If anyone is reading this blog knows Britney personally or
23   has immediate access to who and can get to her, please tell
     her that there is a someone out there who can help her get
24   her life back on track. She needs to know that she won't be
25   sold out. No press will be contacted or communicated with as
     it pertains to her. She needs to know everything will be

26   _____

27   [4] Originally located at:
     http://drlillianglass.com/blogs/index.php?blog=2&title=brtiney_is_a_candidate_for_s
28   uicide_if_sh&more=1&c=1&tb=1&pb=1. This post has since been removed.

8

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

1
2
3
4
5

handled with the strictest discretion and confidentiality. Nothing would please me more than to help give Britney back her life I have done so with countless clients in the past. To date their lives are not only back on tract but even better than they ever dreamed possible. After over two decades, I know what I am doing and I am SURE that I can help you tremendously.

6    16.    On information and belief, or about January 18, 2008, Defendant Glass

7  also wrote the following entry on her blog, discussing her own appearances on national

8  media programs discussing Ms. Spears' plight and offering her opinion of Ms. Spears'

9  diagnosis:[5]

10

11   Britney's Body Language Demonstrates That She May Have
     Multiple Personality Disorder. If She Does Have It, Was She
12   Ever Physically or Sexually Abused As A Child?

13   The other day I appeared on CNN's Showbiz Tonight and on
     CNN's Primetime Live with Erica Hill where I stated that I
14   believed that Britney may possibly be suffering from
     Multiple personality Disorder, or in clinical terms,
15   Dissociative Identity Disorder (DID) as defined by the
     American Psychiatric Asssociation's Diagnostic and
16   Statistical manual of Mental Disorders (DSM-IV-TR).

17

18   17.    That same date, on January 18, 2008, Entertainment Wise, a celebrity

19  gossip and news website, published an article at http://www.entertainmentwise.com

20  which reported on Defendant Glass's "diagnosis" of Britney Spears. This article appears

21  as follows:

22

23

24

25   [5] Originally posted at:
     http://drlillianglass.wordpress.com/2008/01/18/britney%E2%80%99s-body-
26   language-demonstrates-that-she-may-have-multiple-personality-disorder-if-she-does-
     have-it-was-she-ever-physically-or-sexually-abused-as-a-child/. This post has since
27   been removed.

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILLSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460



17

(A true and correct copy of this article, available at

18

http://www.entertainmentwise.com/news/40000/doc-britney-spears-needs-help-for-

19

chronic-mood-disorder, as it appeared on July 28, 2009, is attached to this Complaint as

20

Exhibit **E**.)

21

18.     Thereafter, also on January 18, 2008, Doe, wrote the following entry at the

22

Chronicles of Dissent blog (hereinafter, "Post 793"), in response to the Entertainment

23

Wise article and to the posts made on Defendant Glass's blog[6]:

24

25

26

27

─────────────────────

[6] As noted below in paragraph 27 of this Complaint, this blog entry was amended. The image here reflects the posting in its current form.

28

COMPLAINT FOR DECLARATORY RELIEF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILLSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

(True and correct copies of this "Post 793," available at

http://www.pogowasright.org/blogs/dissent/?p=793, as it appeared on July 28, 2009,

are attached to this Complaint as Exhibit **F**.) As made clear from the entry, Doe was

critical of Defendant Glass's commentary on Ms. Spears' well-being, and, in particular,

was critical of the risk this sort of conduct has on patient privacy generally — an issue

plainly in the public interest.

      19.     On January 20, 2008, Doe wrote a blog entry (hereinafter "Post 795") at

the Chronicles of Dissent blog further discussing Defendant Glass's comments:

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17   (True and correct copies of this "Post 795," available at

18   http://www.pogowasright.org/blogs/dissent/?p=795, as it appeared on July 28, 2009, are attached

19   to this Complaint as Exhibit **G**.)

20          20.      Several interested readers of the Chronicles of Dissent blog entered

21   comments to Post 795 including, among others, commenters who self-identified

22   themselves as "Joely Weber".

23          21.      Jane Doe made no comments to her Post 795 (or any other blog post at

24   Pogo) other than responses to third party comments. In so responding, Doe always

25   identified herself using her pseudonym "dissent."

26

27

28

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILLSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

22.     On January 20, 2008, Jane Doe edited Post 768 and added the following text to the post:

> Update of Jan. 20th: This thread is still "live" and open for comments.  I seem to have been on the warpath about people diagnosing Spears when they are not even licensed as psychologists or psychiatrists, or otherwise turning a serious matter into a media circus for their own aggrandizement or commercial interests.  For those interested in the topic, you may also wish to see my later posts on this blog about Dr. Phil and Dr. Lillian Glass and their conduct:
> **"Dr. Phil" catches some flak and dishes some out**
> **A complaint filed about Dr. Phil — but is it well-founded?**
> **People who live in Glass psychology houses shouldn't throw stones. They should be stoned.**
> **Dr. Lillian Glass backpedals, but is it too little, too late?**

*See* Exhibit **D** (Post 768.)

23.     On February 1, 2008, Doe wrote a final entry regarding the Britney Spears issues (hereinafter "Post 806") at the Chronicles of Dissent blog reflecting on reports that Ms. Spears had been re-hospitalized and noting "with approval" the silence of media psychologists on the topic. (True and correct copies of this "Post 806," available at http://www.pogowasright.org/blogs/dissent/?p=806, as it appeared on July 30, 2009, are attached to this Complaint as Exhibit **H**.)

## B.     A Year And A Half Later, Defendant Glass Threatens Suit Against Jane Doe For Her Opinions On The Britney Spears Health Controversy.

24.     On June 18, 2009, nearly than one and a half years after Pogo first published Posts 793 and 795, Jane Doe received a letter from counsel to Defendant Glass (the "Glass 2009 Threat Letter"). (A true and correct copy of the letter, dated June 18, 2009, is attached to this Complaint as Exhibit **I**.)

25.     The Glass 2009 Threat Letter alleges, among other things, that:

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILLSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

- Lillian Glass. Ph.D. "has been the subject of disparaging, defamatory, and tortuous comments on 'PogoWasRight's' [sic] blog. Such comments were made by you in your 'dissent' and by another individual by the name of [S. B.][7], who has commented on the blog. She may also be known as 'Joley Webber' [sic] ... " (at p. 1)

- "you have violated the privacy rights and other rights of my client..." (at p. 1) and "Your blog is replete with false claims concerning [Defendant] Glass." (at p. 1)

- "You have purposely allowed comments to be published in your blogs, whether by you, or by another, which are false and defamatory in nature, and which are designed to embarrass and hold my client up to ridicule. This has been done improperly and maliciously." (at p. 1)

- "... while you attempted to be clever in the title of the January 19, 2009 blog in referencing the old adage.. 'People who live in glass houses shouldn't throw stones,' you have urged that Dr. Glass be stoned ... You have in essence incited persons with such propensities and have called for Dr. Glass' death, simply because you did not like what she said in the media. Whether you meant this or not, the fact that you have said this in a blog headline is egregious and very troublesome." (at p. 2)

- "Moreover, you have incited persons reading your blog to complain to the media and to the psychological society about Dr. Glass." (at p. 2)

---

[7] Out of an abundance of caution, the names of any individual mentioned in the Glass 2009 Threat Letter who has not clearly published his/her name to the Chronicles of Dissent blog have been removed from this Complaint for privacy reasons. Including information in this Complaint at this time that might disclose a possible doctor-patient relationship or any contents of such a relationship (even if already disclosed through the Glass 2009 Threat Letter to Jane Doe) appears presently unnecessary. Therefore, the Glass 2009 Threat Letter as attached to this Complaint and any excerpts included herein have been redacted to omit potential names not otherwise disclosed at the Chronicles of Dissent blog.

COMPLAINT FOR DECLARATORY RELIEF

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

26.   The Glass 2009 Threat Letter concludes in unambiguous terms (emphasis added):

> Let me make one thing perfectly clear.  Unless these blogs pertaining to Dr. Lillian Glass are taken down immediately, **a lawsuit will be forthcoming against you**.  I trust that a lawsuit will not be necessary.

27.   On July 4, 2009, in response to the Glass 2009 Threat Letter, Doe altered the title of Post 793 by adding "(verbally)" to the end of the title, and added the following new text to Post 793 (italics in original):

> *Note of July 4, 2009:  It was pointed out to me that the original blog title could be construed as encouraging people to attack Dr. Glass or stone her (physically).  I thought it was obvious that I was referring to verbal stones only, but just to be clear, I have edited the title for this entry.*

28.   On July 20, 2009, Doe received another email from Defendant Glass's counsel which read as follows (emphasis added):

> We have now ascertained that you are the blogger of the "dissent"/"pogowasright.org" website.  As you know, my office emailed my June 18, 2009 letter to the blogger of this website, demanding that the defamatory references to my client, Lillian Glass, Ph.D., be removed from the internet.  That includes, but is not limited to, the damaging material which you have published.
>
> I had a response to this e-mail dated July 7, 2009 which stated that I would have a substantive response within 48 hours.  To date, I have heard nothing further.
>
> In my letter of June 18, 2009, I also stated that, **unless the defamatory and tortious comments concerning Dr. Lillian Glass were taken off the internet and blog immediatly [sic], a lawsuit would be forthcoming against you (the blogger).**  The vicious and malicious materials continue on the website notwithstanding my letter.
>
> Under the circumstances, I am giving you a deadline of July 24, 2009 to remove all references to Lillian Glass **or you will be sued for actual and punitive damages as well as injunctive relief.  This will**

*be done without further notice and forthwith.*

I should also mention to you that if a suit is filed against you, then there will be a public record of your identity and of your capacity as the blogger of this "pogowasright.org" and other websites.  Since you have gone to such great lengths to hide your identity improperly, I think this should also be a concern of yours.

Sincerely,


Martin E. Jacobs, Esq.


 (A true and correct copy of the July 20, 2009 email, is attached to this Complaint as Exhibit **J**.)


### FIRST CAUSE OF ACTION

**[Declaratory Relief Pursuant To 28 U.S.C. § 2201 et seq. (Declaratory Judgment Act) And 47 USC 230 et seq. (Communications Decency Act)]**

29.     As and for a cause of action against Defendant, Plaintiff readopts, realleges, and incorporates by reference all of the allegations and averments contained in paragraphs 1 through the immediately preceding paragraph as though fully set forth herein.

30.     A real and actual controversy of sufficient immediacy and reality to warrant declaratory relief exists between the parties as to whether or not any of the information posted at Pogo forms the basis of a claim.  Defendant Glass' 2009 Threat Letter which unambiguously threatens to file a lawsuit against Pogo and/or Jane Doe for defamation among other torts forces Plaintiff to choose between risking legal liability or stifling the free speech and expression that the Pogo website and, in particular, the Chronicles of Dissent blog, was created to promote. The controversy between Jane Doe and Defendant Glass is thus real and substantial and demands specific relief through a decree of a conclusive character, namely, that Jane Doe is without legal liability. The nature and

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILLSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

1  extent of the adverse legal interests between Jane Doe and Defendant Glass are apparent

2  and the controversy is definite and concrete.

3      31.    The Communications Decency Act states that "[n]o provider or user of an

4  interactive computer service shall be treated as the publisher or speaker of any

5  information provided by another information content provider," and expressly preempts

6  any state law to the contrary. 47 U.S.C. §§ 230(c)(1), (e)(3).

7      32.    "The term 'interactive computer service' means any information service,

8  system, or access software provider that provides or enables computer access by multiple

9  users to a computer server, including specifically a service or system that provides access

10  to the Internet and such systems operated or services offered by libraries or educational

11  institutions." 47 U.S.C. § 230(f)(2).

12      33.    "The majority of federal circuits have interpreted the CDA to establish

13  broad 'federal immunity to any cause of action that would make service providers liable

14  for information originating with a third party user of the service.' " *Almeida v.*

15  *Amazon.com, Inc.*, 456 F.3d 1316, 1321 (11th Cir. 2006) (quoting *Zeran v. America*

16  *Online, Inc.*, 129 F.3d 327, 331 (4th Cir. 1997)); *see also Carafano v. Metrosplash.com,*

17  *Inc.*, 339 F.3d 1119, 1122 (9th Cir. 2003) (citing *Batzel v. Smith*, 333 F.3d 1018, 1026-27

18  (9th Cir. 2003)).

19      34.    The United States Court of Appeals for the Ninth Judicial Circuit has held:

20          publication involves reviewing, editing, and deciding
21          whether to publish or to withdraw from publication third-
        party content. ("[A]ny activity that can be boiled down to
22          deciding whether to exclude material that third parties seek
        to post online is perforce immune under section 230." (*See*
23          *Barnes v. Yahoo!, Inc.* CV-05-00926-AA, Filed May 7,
24          2009).

25      35.    Congress enacted Section 230 as part of the Communications Decency Act

26  of 1996 for two basic policy reasons: to promote the free exchange of information and

27

28

COMPLAINT FOR DECLARATORY RELIEF

1   ideas over the Internet and to encourage voluntary monitoring for offensive or obscene

2   material.

3       36.    Congress incorporated these ideas into the text of Title 47 U.S.C. Section

4   230 itself, expressly noting that "interactive computer services have flourished, to the

5   benefit of all Americans, with a minimum of government regulation," and that

6   "[i]ncreasingly Americans are relying on interactive media for a variety of political,

7   educational, cultural, and entertainment services." 47 U.S.C. §§ 230(a) (4), (5).

8       37.    In her capacity as the owner and operator of Pogo and the Chronicles of

9   Dissent blog located at Pogo, Jane Doe is a "provider ... of an interactive computer

10  service" as contemplated by 47 U.S.C. § 230.

11      38.    Third party commenters at the Chronicle of Dissent blog or otherwise at

12  Pogo are "other information content providers" as contemplated by 47 U.S.C. § 230.

13      39.    In her capacity as the owner and operator of Pogo and the Chronicles of

14  Dissent blog located at Pogo, and pursuant to 47 U.S.C. 230, Jane Doe is not the

15  "publisher or speaker" of the third party comments appearing the Chronicles of Dissent

16  blog. Accordingly, pursuant to 47 U.S.C. § 230, Jane Doe cannot be liable for the

17  contents of such third-party comments.

18      40.    Jane Doe accordingly seeks a declaration from this Court that any and all

19  claim(s) by Defendant Glass rooted in the publication or speaking of the comments of

20  third parties appearing on the Chronicles of Dissent blog against Plaintiff are protected

21  by Section 230 of the Communications Decency Act and therefore not actionable against

22  Jane Doe.

23

24              **SECOND CAUSE OF ACTION**

25  **[Declaratory Relief Pursuant To 28 U.S.C. § 2201 et seq (Declaratory
    Judgment Act) – (California Civil Code §340, Statute Of Limitations)]**

26

27      41.    As and for a cause of action against Defendant, Plaintiff readopts, realleges,

28  and incorporates by reference all of the allegations and averments contained in

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILLSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

paragraphs 1 through the immediately preceding paragraph as though fully set forth herein.

42.     Defendant Glass alleges in the 2009 Glass Threat Letter and subsequent correspondence that written statements made by Plaintiff Doe are defamatory, and allege damages – including punitive damages – against Doe.

43.     Doe's allegedly defamatory statements at issue on the Chronicles of Dissent blog were published more than one year ago.

44.     California Civil Code §340 states that an action for libel or slander shall be brought within one year.

45.     Defendant Glass' claims to the extent they exist are time barred pursuant to CCP §340.

46.     Jane Doe accordingly seeks a declaration from this Court that Defendant Glass's claims for defamation or libel are time barred.

### THIRD CAUSE OF ACTION

**[Declaratory Relief Pursuant To 28 U.S.C. § 2201 et seq. (Declaratory Judgment Act) – Privileged Speech (CCP §44, 45, 45(a) 46); the Restatement (Second) of Torts §558)]**

47.     As and for a cause of action against Defendant, Plaintiff readopts, realleges, and incorporates by reference all of the allegations and averments contained in paragraphs 1 through the immediately preceding paragraph as though fully set forth herein.

48.     The elements that must be proved to establish defamation are: (a) false and defamatory statement concerning another; (b) an unprivileged publication to a third party; (c) fault amounting at least to negligence on the part of the publisher; and (d) either actionability of the statement irrespective of special harm of the existence of special harm caused by the publication. *See* Restatement (Second) of Torts §558.

49.     A statement that does not contain an express or implied assertion of verifiable fact is not actionable. *Milkovich v. Lorain Journal Co.*, 497 U.S. 1, 20 (1990)

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

19

COMPLAINT FOR DECLARATORY RELIEF

1  (not defamatory if statement "cannot 'reasonably [be] interpreted as stating actual facts'

2  about an individual."); *Ollman v. Evans*, 750 F.2d 970, 981 (D.C. Cir. 1984), cert. denied,

3  471 U.S. 1127 (1985) ("the reasonable reader . . . perusing [a] column on the editorial or

4  Op-Ed page is fully aware that the statements found there are not 'hard' news like those

5  printed on the front page or elsewhere in the news sections of the newspaper.");

6  *Partington v. Buliosi*, 56 F.3d 1147, 1158, (9th Cir. 1995) (subjective, ambiguous terms

7  such as "false," "phony," "hefty mark-up" are "unprovable, since those adjective admit of

8  numerous interpretations .... [They are] too subjective ... to be verifiable" and therefore

9  are not actionable.") This is consistent with the Supreme Court's holding that "this

10 country has a 'profound national commitment to the principle that debate on public

11 issues should be uninhibited, robust, and wide open.'" *New York Times Co. v. Sullivan*,

12 376 U.S. 254 , 270 (1964) (citation omitted).

13      50.    Defendant Glass is a public figure.

14      51.    Jane Doe's statements concerning Defendant Glass made in posts on her

15 Chronicles of Dissent blog and otherwise at Pogo, are statements of opinion and/or do

16 not contain an express or implied assertion of verifiable fact.

17      52.    Any statements made regarding Defendant Glass were not made with

18 actual malice.

19      53.    Jane Doe's statements concerning Defendant Glass made in posts on her

20 Chronicles of Dissent blog are not defamatory pursuant to Restatement of Torts §558.

21      54.    Jane Doe accordingly seeks a declaration from this Court that Defendant

22 Glass's claims are privileged statements.

23

24 WHEREFORE, Plaintiff prays for judgment as follows:

25      1.    For a declaratory judgment that Plaintiff Jane Doe is eligible for the

26      safe harbors under 47 U.S.C. § 230 et seq;

27

28

COMPLAINT FOR DECLARATORY RELIEF

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILLSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

2.  For a declaratory judgment that Plaintiff Jane Doe is not liable for any claim for defamation brought by Defendant Lillian Glass arising from the posts made by others on Pogo;

3.  For a declaratory judgment that Plaintiff Jane Doe is not liable for any claim for defamation brought by Defendant Lillian Glass as time barred pursuant to California Civil Code §340;

4.  For a declaratory judgment that Plaintiff Jane Doe's speech and writing on PogoWASRIGHT.ORG is privileged speech pursuant to the First Amendment of the US Constitution.

5.  For a declaratory judgment that Plaintiff Jane Doe is not liable for any claim for any statements made by Plaintiff Jane Doe because such statements are statements of opinion and/or not an express or implied assertion of verifiable fact and thus not actionable pursuant to Restatement (Second) of Torts §558.

6.  For costs of suit incurred herein, including reasonable attorney's fees to the extent necessary; and

7.  For such other and further relief as the Court may deem just and proper.

Dated: July 30, 2009

By _____

Gregory Alan Rutchik
Attorneys for Plaintiff
JANE DOE

COMPLAINT FOR DECLARATORY RELIEF

1

## REQUEST FOR TRIAL BY JURY

2

3       Plaintiff Jane Doe hereby requests a trial by jury on all claims and defenses arising

4   from its Complaint.

5

6       Dated: July 30, 2009

7                           By   _____

8                                Gregory Alan Rutchik
                                 Attorneys for Plaintiff
9                                JANE DOE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILLSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

COMPLAINT FOR DECLARATORY RELIEF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Consuelo B. Marshall and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

## CV09- 5648 CBM (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

JANE DOE, an individual d/b/a POGOWASRIGHT.
ORG

                    PLAINTIFF(S)

         v.

Lillian Glass, ph.D., an individual

DEFENDANT(S).

**CASE NUMBER**

**CV09-05648** CBM (FFMx)

**SUMMONS**

---

TO:    DEFENDANT(S): _____

    A lawsuit has been filed against you.

    Within _20_ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, _the arts and technology law group_ whose address is _9320 wilshire Blvd, suite 306, Beverly Hills, CA 90212_. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: ___JUL 3 1 2009___

By: _____
                 Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

---

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

JANE DOE, an individual d/b/a POGOWASRIGHT.ORG

PLAINTIFF(S)

v.

**CASE NUMBER**

**CV09-05648** CBM (FFMx)

DEFENDANT(S):

Lillian Glass, ph.D., an individual

**SUMMONS**

TO:   DEFENDANT(S): _____

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, **The arts and technology law group**, whose address is **9320 Wilshire Blvd, Suite 306 Beverly Hills, CA 90212**. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: **JUL 3 1 2009**

By: **LA'REE HORN**
Deputy Clerk

(Seal of the Court)

1192

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)                                    **SUMMONS**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| JANE DOE, dba POGOWASRIGHT.ORG | LILLIAN GLASS, Ph.D |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Gregory Alan Rutchik, Esq. Bar No. 195423 (Tel. 888-399-9007) the arts and technology law group (gregory@rutchik.com) 9320 Wilshire Blvd, Suite 306 Beverly Hills, Ca 90212 | Martin E. Jacobs 3414 South Sepulveda Boulevard, Suite 640 Los Angeles, Ca 310-397-6600 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☑ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☑ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country ☐ 3 | | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes   ☑ No   ☐ **MONEY DEMANDED IN COMPLAINT: $**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
DECLARATORY RELIEF PURSUANT TO 47 USC 230

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product | ☐ 371 Truth in Lending | Vacate Sentence | ☐ 720 Labor/Mgmt. |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | Liability | ☐ 380 Other Personal | Habeas Corpus | Relations |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & | ☐ 330 Fed. Employers' | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | Disclosure Act |
| ☐ 470 Racketeer Influenced and Corrupt | Enforcement of Judgment | Liability | BANKRUPTCY | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| Organizations | ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 422 Appeal 28 USC | ☐ 550 Civil Rights | ☐ 790 Other Labor |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted | ☐ 345 Marine Product Liability | 158 | ☐ 555 Prison Condition | Litigation |
| ☐ 490 Cable/Sat TV | Student Loan (Excl. | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 | FORFEITURE / | ☐ 791 Empl. Ret. Inc. |
| ☐ 810 Selective Service | Veterans) | ☐ 355 Motor Vehicle | USC 157 | PENALTY | Security Act |
| ☐ 850 Securities/Commodities/ | ☐ 153 Recovery of | Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | PROPERTY RIGHTS |
| Exchange | Overpayment of | ☐ 360 Other Personal | ☐ 441 Voting | ☐ 620 Other Food & | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 | Veteran's Benefits | Injury | ☐ 442 Employment | Drug | ☐ 830 Patent |
| USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- | ☐ 443 Housing/Acco- | ☐ 625 Drug Related | ☐ 840 Trademark |
| ☑ 890 Other Statutory Actions | ☐ 190 Other Contract | Med Malpractice | mmodations | Seizure of | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product | ☐ 365 Personal Injury- | ☐ 444 Welfare | Property 21 USC | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | Liability | Product Liability | ☐ 445 American with | 881 | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 368 Asbestos Personal | Disabilities - | ☐ 630 Liquor Laws | ☐ 863 DIWC/DIWW |
| ☐ 894 Energy Allocation Act | REAL PROPERTY | Injury Product | Employment | ☐ 640 R.R. & Truck | (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 210 Land Condemnation | Liability | ☐ 446 American with | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 900 Appeal of Fee Determi- | ☐ 220 Foreclosure | IMMIGRATION | Disabilities - | ☐ 660 Occupational | ☐ 865 RSI (405(g)) |
| nation Under Equal | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization | Other | Safety /Health | FEDERAL TAX SUITS |
| Access to Justice | ☐ 240 Torts to Land | Application | ☐ 440 Other Civil | ☐ 690 Other | ☐ 870 Taxes (U.S. Plaintiff |
| ☐ 950 Constitutionality of | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- | Rights | | or Defendant) |
| State Statutes | ☐ 290 All Other Real Property | Alien Detainee | | | ☐ 871 IRS-Third Party 26 |
| | | ☐ 465 Other Immigration Actions | | | USC 7609 |

**FOR OFFICE USE ONLY:**   Case Number:   **CV09-05648**

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

---

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☐ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☐ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
  ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

---

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
<u>Note</u>: In land condemnation cases, use the location of the tract of land involved.

---

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date _____

  Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |