Case 2:09-cv-05648-ODW-FFM   Document 1-3   Filed 07/31/2009   Page 1 of 31

# EXHIBIT E



YOUR SHOUTS:   RE. FOR SOME RE... - TIFFANY, FLORIDA   Wow they must have some kind of tracking device that go... - BIG BROTHER, CARIBBEAN   i'm also sixteen a

MY EW   LOGIN   REGISTER   MY COMMENTS   COMMUNITY

HOME   NEWS   PHOTOS   CELEBRITIES   STYLE   MOVIES   MUSIC   TV   WIN   Get the EW Newsletter!

NEWS »

RSS FEEDS   BOOKMARK

Just Added   Most Comments   Most Viewed

## Doc: Britney Spears Needs Help For 'Chronic Mood Disorder'

**Top U.S. psychologist claims the pop mess could be dead in six months without treatment...**

Friday 18th Jan 2008

**A top U.S. psychologist claims Britney Spears will be dead in six months if she doesn't get help for her "chronic mood disorder."**

Dr. Lillian Glass has done a Dr. Phil and gone public with her diagnosis in the hope that Brit will seek medical treatment.

The renowned Beverly Hills doctor tells America's Globe: "Unless Britney is locked away or put into a treatment program, she is going to die in six months - or even sooner.

"In my opinion, she suffers from cyclothymia, a chronic mood disorder in which short periods of mild depression are followed by short periods of hypomania.

"That explains why one minute she (Spears) can appear perfectly sane and the next she's exhibiting totally crazy behaviour."

Dr. Glass adds that Brit is "definitely a candidate for suicide if she isn't treated immediately."

Yesterday TMZ quoted sources who claim that the pop mess has multiple personalities, including "the British girl" and "the weepy girl, the diva, the incoherent girl."

The site further reports that when Brit loses her British accent, she has no idea what happened during the time she assumed the personality.



...more **Britney Spears** »


**Brad Pitt Reveals 6pm Party Curfew...After Late Night In Berlin**
The actor makes an exception for the Inglourious Basterds premiere after party... News


**George Clooney Takes New Italian Girlfriend For A Ride - Pictures**
The couple snuggle up on the back of the star's motorbike... News


**Worship Naked Shia LaBeouf Online! - Pictures**
Welcome to Shiantology... News

**Katie Price Admits Missing Peter Andre...** News

**Michael Jackson Doctor's Phones And Computer Seized In Raid...** News

**Britain's Got Talent's Susan Boyle 'Snaps Up Scottish Council House'...** News

follow us on twitter




"2 Tips To A Sexy Stomach: Obey"


Before


After

How I Cut Down 5 lbs of Stomach Fat Per Week By Obeying these 2 Easy Diet Tips


Lily Allen Suffers Tragic Miscarriage...
NEXT

By: **Cher Tippetts**
Photo: WENN

Case 2:09-cv-05648-ODW-FFM   Document 1-3   Filed 07/31/2009   Page 3 of 31

Doc: Britney Spears... Brit...Movie Photos...Entertainment...   7/29/09 9:02 AM

Register now to have your comments approved automatically!

Your comment:

500 characters left. [+]

Name:

[ sign in ]  [ register ]

Email *(not published)*:

Town/City, Country:

☐ Remember me. Saves your details for next time.
☐ Email me a link to this story.

[ Submit Comment ]



## RELATED

**Bikini Body Makeovers**
See the sun-soaked before and after pictures here...

**Guess The Celebrity Baby Photo!**
Who did these cuties grow up to be? ...

**Stars' Post-Baby Bikini Bodies**
Mother-of-eight and US reality TV star Kate Gosselin kicks off our gallery of beach mamas...

**Jennifer Aniston And Gerard Butler 'Practice' Kissing Scenes After Cameras Stop Rolling?**

**Britney Spears' Revealing Top Gives Us An Eiffel In Paris - Photos**

**Britney Spears Gets Barbie Girl Makeover For New Candies Ad - Pictures**

**Britney Spears Hits The Bottle...To Go Brunette**

**Madonna, Beyonce, Mariah Carey, Quincy Jones, Many More, Mourn Michael Jackson**

...more **Britney Spears** »



## latest PHOTOS

**Britney Spears' Circus Comes To London's O2 Arena**
See all the best bits......



**Credit Crunch Fashion: Wardrobe Repeats**
Stars recycle their favourite outfits......
**More Style Photos** »

**MORE GALLERIES** »



**Jessica Biel is unsure about a married future**
"I have no idea if I want to get married. I have a lot to do, career-wise." ...

**MORE QUOTES** »



**Panic Attacks & Anxiety**

**Mind Trick Stops Fear**
Immediate anxiety relief technique - Simple cognitive trick stops fear!
learn more...

Video: Anxiety and panic attacks
Inside your thoughts a solution to panic attacks? learn more...

How to break the cycle of fear that leads to anxiety, that leads to more fear. learn more...

aboutanxietyandpanic.org          Ads by Goooooogle

Doc: Britney Spears needs help for chronic mood disorder | ... Celebrity Photos & Movie News | GiENT Entertainment News                    7/29/09 9:02 AM



**Robert Pattinson**



**Kristen Stewart**



**Jude Law**



**Jessica Simpson**



**Britney Spears**

Check out **Urban News** on TaleTela.com

Check out **Festival Guide 2009** on Gigwise.com

| Entertainment News | Celebrity Photos | RSS Feeds | **Panic Attacks in Women** |
|---|---|---|---|
| Celebrity News | The Bigger Picture | All Entertainment News RSS | Your anxiety may be hormonal. Take our free assessment to find out. |
| Movie News | Celebrity Style | Celebrity Photo Galleries RSS | www.womentowomen.com |
| Music News | Style of the Day | Celebrity News RSS | Ads by Google |
| TV News | Fashion Bitch | Movie News RSS | |
| | Fash Off! | Music News RSS | |
| | | TV News RSS | |

© 2005-2009 **GiENT** | **Terms and Conditions** | **Privacy** | **RSS Feeds** | **Advertising** | **Job Vacancies** | **Contact Us**

# EXHIBIT F



🔲 Entries RSS | Comments RSS

Search this website...  [ Go ]

## Chronicles of Dissent

# "A patriot must always be ready to defend his country against his government" — E. Abbey

- Home
- About
- Contact
- Privacy Policy and Terms of Use

## People who live in Glass psychology houses shouldn't throw stones. They should be stoned (verbally).

By dissent, January 18, 2008 2:46 pm

*Note of July 4, 2009: It was pointed out to me that the original blog title could be construed as encouraging people to attack Dr. Glass or stone her (physically). I thought it was obvious that I was referring to verbal stones only, but just to be clear, I have edited the title for this entry.*

Color me livid. The wholly inappropriate and disgraceful public speculation about Britney Spears' mental health continues, with more unethical people jumping into the news. The label "unethical" is a reflection of my personal evaluation of their conduct. I am probably being too kind.

Yesterday, TMZ ran a story that described Spears as having multiple personalities. Their story, based on unnamed souces, of course, is exactly what one might expect form TMZ. But now "Dr. Lillian Glass" has jumped into the fray, and I'm totally disgusted with her behavior.

In a story today in Entertainment Wise, Glass is reported to have diagnosed Spears with Cycloythymic Disorder, among other diagnoses:

> A top U.S. psychologist claims Britney Spears will be dead in six months if she doesn't get help for her "chronic mood disorder."

> Dr. Lillian Glass has done a Dr. Phil and gone public with her diagnosis in the hope that Brit will seek medical treatment.

> The renowned Beverly Hills doctor tells America's Globe: "Unless Britney is locked away or put into a treatment program, she is going to die in six months - or even sooner.

> "In my opinion, she suffers from cyclothymia, a chronic mood disorder in which short periods of mild depression are followed by short periods of hypomania.

> "That explains why one minute she (Spears) can appear perfectly sane and the next she's exhibiting totally crazy behaviour."

People who live in... [faded repeated header text]

Case 2:09-cv-05648-ODW-FFM   Document 1-3   Filed 07/31/2009   Page 8 of 31   7/29/09 11:47 AM

Dr. Glass adds that Brit is "definitely a candidate for suicide if she isn't treated immediately."

In the meantime, on her own web site, Glass defends Dr. Phil and also talks about how Spears "may have" Multiple Personality Disorder, and if she does, then was she ever abused as a child? Let's take each of these posts one at a time.

First, it is understandable that Glass defends Dr. Phil for not having a license. She doesn't have one, either. In her defense of McGraw, she obviously decides to try to cover her own ass by being clear about her own credentials. Interestingly, she says that she has "post-graduate education in psychology." That doesn't mean that she has a degree or has taken courses in an accredited program. (*Updated Jan. 19th*: in an archived copy of her 2002 web site, she wrote that she has a second doctorate in Counseling Psychology, so she does have training and a degree, but not a license as a psychologist.).

Glass actually calls herself a psychologist on her web site where she describes herself as an "internationally renowned communication psychologist." If the term "psychologist" has title protection in California, that would be a no-no. I do not know if they do have title protection, or if putting "communication" before "psychologist" keeps her on the right side of the law. In any event, she has no license in psychology.

But apart from her drive-by diagnosis of cyclothymic disorder and her claims that it would lead to a suicide within 6 months, she totally goes over the top with her speculation that Spears may have DID (formerly known as Multiple Personality Disorder). Given that the article appears on her web site where she proclaims herself a psychologist, that strikes me as practicing psychology or trying to pass off her uninformed gibberish as professional psychology. And I am tempted to explain where and how her "diagnoses" are off-base (translation: she doesn't know her cyclothymic ass from her dissociative elbow), but since I can't do that without risking having someone take my words as diagnosing Spears, I'll just say that Glass does not seem to know what she's talking about. In a matter of less than 24 hours, then, this "entertainer" who sees herself as "educating people" has shot off her mouth and made two diagnostic statements about someone she doesn't know and whom she doesn't have the professional credentials to assess.

In a previous blog entry, I quoted part of the California code that talked about professional psychology involving fee for service, etc. I also quoted a statement from another source that said that the California Board of Psychology had given all these goofballs a pass by deciding that their actions constituted "entertainment" and not "psychology." But if Glass is paid a fee to appear on CNN to discuss her diagnosis or theory about Spears, is that not acting like a consulting psychologist or a paid psychologist?

It is time for the California Board of Psychology to reconvene and re-visit the issue and their standards. "Dr. Laura," "Dr. Phil, " "Dr. Lillian Glass" — they can do harm because the public does not always realize that they are not licensed mental health professionals. They can also do harm to the individuals whose mental health they so publicly discuss — directly by alarming them or instilling false ideas or indirectly by influencing family's, friends', employers', or court's opinions of the individual.

Glass tries to compare McGraw's show and her own actions to shows like Springer's or Lake's, but the public knows that those people have no degree or licensure and that their opinions are worth no more than the guy down the street's. But when the public hears "Dr." before a name, they have a different expectation.

The California Board of Psychology is failing the public. It has certainly failed Spears, whose mental health is merely a publicity opportunity for all of those creeps like Lillian Glass.

*Update:* for a follow-up to my concerns about Dr. Lillian Glass's conduct, see this subsequent blog entry.

📧 Medical Privacy, Privacy

- **By Cheryl Eberhart**, January 29, 2008 @ 1:25 pm

Case 2:09-cv-05648-ODW-FFM   Document 1-3   Filed 07/31/2009    Page 9 of 31

You said: "the public knows that those people have no degree or licensure and that their opinions are worth no more than the guy down the street's."

Sorry, but this is not always true. There are alot of educated fools in the world without an ounce of Practical Wisdom to their names.

Walt Disney, Thomas Edison, etc. had no degrees and look what they accomplished…

- By **dissent**, January 29, 2008 @ 1:37 pm

Perhaps I wasn't clear. I meant that viewers of Springer's show know that they are not watching and listening to a licensed health care professional, and so any opinion Springer offers is simply that — Springer's opinion. It doesn't carry the weight of an opinion offered by someone with the title "Dr." before their name — at least as far as the majority of the public goes. I think when the people hear an opinion from "Dr. Phil" or "Dr. Glass," it is given more weight than it should be given because the majority of people do not know that such media types are not licensed psychologists or licensed health care professionals.

- By **Anonymous**, February 7, 2008 @ 6:25 pm

I was appalled by Dr. Glass's comment as well, at which point I discovered her lack of credentials and filed a complaint with the Board of Psychology in California. Anyone can do this. The title "psychologist" implies that someone has a license. You can easily check to see if someone has a license on the Board of Psychology website. If you discover someone in the media practicing without a license in the state where they are speaking, by all means file reports. We can stop this epidemic of media malpractice through vigilant public action.

- By **dissent**, February 7, 2008 @ 7:03 pm

Her WordPress blog remains deleted and she has not issued any more public comments or statements about Spears (or anyone else as far as I can see). She has also edited her main web site to remove the word "psychologist" from her description at the top of the page.

You were not the only person to file a complaint against her. It will be interesting to see what the Board of Psychology does with the complaints. I do think that they really need to revisit the issue of "media psychologists" and likely change their policy or position. Recent events have been a huge embarrassment to the field of psychology, and added to the debacle over the APA's failure to take a truly ethical stand over the role of psychologists in the interrogation of detainees, I don't think the field needs any more bad public image.

- By **Steven K.**, May 17, 2009 @ 6:14 pm

Lisa Sabin-Wilson,
Sounds like you are jealous of Dr.Lillian Glass and trying to get at her in this blog, especialy the part about having her stoned like they did in medeival times.That is just sick and shows such unnecessary hostility towards her. I think your first commenter was right. Thomas Edison and Walt Disney sure accomplished a lot without a degree. You were defensive and glossed over their response. Dr. Glass had every right to discuss Britney Spears, just like everyone else. But the fact is that Dr. Glass does have a psychology degree and even if she didn't, I would watch her anyway, because she is beautiful and smart. After looking at your picture on your website I guess it answers everything. No wonder you are jealous of her.You probably won't add this comment becuase you know it's true. If you don't include it, it will definately explain everything.

Case 2:09-cv-05648-ODW-FFM    Document 3    Filed 07/31/2009    Page 10 of 31

People who live in glass houses... blah blah blah. They were outed... and verbally flogged out...    7/29/09 11:47 AM

- **By dissent**, May 17, 2009 @ 6:34 pm

  Lisa Sabin Wilson designed the blog template this site uses, so she is credited at the bottom of the blog.

  My picture does not appear on this site or anywhere else on the web.

  So much for your theories.

  This thread is now closed.

### Other Links to this Post

- **Recent Posts**

  - Responding to threats, Part I.
  - To publish or not to publish?
  - Paging Dr. Freud…
  - EFF releases "Surveillance Self-Defense International"
  - Some Dems denounce Obama
  - More on the Erin Andrews' privacy breach
  - And I thought New Jersey was bad….
  - Ex-Pfizer Manager Sentenced for Obstruction
  - Internal Rifts on Road to Torment
  - We don't need no stinkin' establishment clause
  - Walter Cronkite
  - Why Men Don't Write Advice Columns

- **Categories**

  Select Category

- **Archives**

  Select Month

- **Medical Privacy Issues**

  Medical privacy news and discussion can be found on a sister site, PHIPrivacy.net.

- ### John G. Gianutsos, PhD



  If you would like to share your memories of John, or read others' tributes to John, you may do so in this special tribute thread.

People who live in glass houses should draw their blinds. They should not be verbally abused or...   Case 2:09-cv-05648-ODW-FFM   Document 3   Filed 07/31/2009   Page 11 of 31   7/29/09 11:47 AM

If your comments are too lengthy for the form, send them to me via email and I will ensure that they get posted.

*This thread last updated 07-27-09*

- **Blogroll**

  - Concurring Opinions
  - Fergie's Tech Blog
  - FourthAmendment.com
  - Jonathan Turley
  - Michael Zimmer
  - Privacy & Information Security Law Blog
  - Privacy Lives
  - The Barr Code
  - Threat Level

- **Favorite Links**

  - Electronic Frontier Foundation
  - Electronic Privacy Information Center
  - PogoWasRight
  - Stop Real ID Coalition
  - The Consumerist
  - U.S. Constitution

Copyright © 2006-2009 Chronicles of Dissent. All rights reserved. Chronicles of Dissent is powered by WordPress. Contact. Log in

Panorama theme by Themocracy

# EXHIBIT G



Case 2:09-cv-05648-ODW-FFM   Document 1-3   Filed 07/31/2009   Page 14 of 31

🔲 **Entries RSS** | **Comments RSS**

Search this website…   Go

**Chronicles of Dissent**

# "A patriot must always be ready to defend his country against his government" — E. Abbey

- Home
- About
- Contact
- Privacy Policy and Terms of Use

## Dr. Lillian Glass backpedals, but is it too little, too late? (update 1)

By dissent, January 20, 2008 5:47 pm

I don't know if Dr. Lillian Glass saw my rant about her behavior earlier this week, if someone told her about it, or if someone or something else made her take a careful look at her behavior, but in the last 48 hours, she seems to be really trying to distance herself from any suggestion that she was diagnosing Britney Spears or engaging in behaviors that would fall under the California Board of Psychology's regulations.

After she posted a defense of Dr. Phil that appeared to me to be a thinly veiled opportunity to explain or defend herself, her web site was taken down (all that is currently at www.drlillianglass.com is a test page), she removed files and articles from her blog, and she changed her blog home page to read "About Lillian Glass PhD" instead of the former "About Dr. Glass." And as of yesterday, all that viewers of her Wordpress blog site saw was a post, "
NO MORE SPECULATION ABOUT BRITNEY! SHE NEEDS OUR LOVE AND SUPPORT AND PRAYERS, in which she tries to tell us all that what we read and heard is not what she wrote or said. As of this afternoon, even the Wordpress blog is now completely gone, and all you see is a message:

>    The authors have deleted this blog. The content is no longer available.

The removal of certain files and articles and the blog is interesting. But Google cache is not her friend, and I have preserved complete copies of some of her posts that I find questionable, to say the least.

Let's look at Dr. Glass's statements in closer detail. Yesterday she said she will not discuss Britney Spears any more, after trying to explain or excuse away her previous posts (spelling errors are in the original):

>    I too have weighed in as to the myriad of possibilities that could have accounted for her
>    behavior. I am not a licenseed psycholgist but rather a comunication and body language
>    expert.And from my particular point of view, I was exploring all the possiblities as to why she
>    has communicated as she recenntly has to the world.

But all of that was speculation. Only a licensed psychologist or psychiatrist can properly and accurately diagnose her with the proper tests and assessment tools. But many of us wanted to know what all of the possibilies were that put her in her present position including myself.I have not diagnosed her but merely pointed out many of the possiblilites that many licensed psychogists and psychiatrists I have spoken to and listened to have speculated on.

Just "merely pointed out?" Just "speculated on?" Some of her previous statements:

On January 16th, she wrote in a post entitled "BRITNEY'S BODY LANGUAGE SHOWS THAT SHE WAS NOT SCARED OF THE PAPARAZZI . IT WAS HER EXCUSE FOR NOT SHOWING UP IN COURT.:"

> At first I thought her behavior was just the result of alcohol or drug abuse. But with all that has happened it's clear to see that she clearly has major mental problems. She may have bipolar disorder, a narcissistic personality disorder, anxiety disorder, a boarderline personality disorder or a combination of all of the above.

> Based on her periodic appearance in the pink wig and her periodic episodes where she breaks out in a British accent, her sudden bursts of anger, and her dramatic and rapid personality changes, there is a huge possibility that Britney may very well be suffering from Multiple Personality Disorder, where there are many personalities which surface.

> That in combination with her most likely abusing prescribed and unperceived medication and alcohol tells me that the future for Britney looks very bleak.

Where is the line between speculating about which diagnosis is correct and offering tentative diagnoses? By the way, I have no idea what she means by "unperceived medication."

On January 10th, her headline was "BRITNEY IS NOT THAT CRAZY! SHE IS SANE ENOUGH TO COMPLETEY REJECT HER TOXIC MANIPULATIVE, BETRAYING, GREEDY, SELFISH MOTHER." She wrote:

> But now, unfortunately we have all witnessed Britney's mental disease in action. Her most probable bipolar disorder and other underlying disorders (borderline personality disorder, anxiety disorder, and narcissistic disorder) and reported drug abuse have provided us with an explanation as to Britney's bizarre and erratic behaviors. We can all see that it is not her fault that she has been acting the way she has been since she shaved her head. She is ill and desperately needs psychiatric and medical help.

Then there's this undated blog entry, titled "BRITNEY IS A CANDIDATE FOR SUICIDE IF SHE IS NOT TREATED IMMEDIATELY!," in which she wrote:

> Britney I can definitely help you get your life back together. I can definitely guide you in the right direction so that you become more balanced so you can regain custody of your kids and be a good mother to your kids.
> I know you have thrown your mother out of your life right now. I am more than willing to serve as your mother figure so that you don't jump so far off the deep end that there is no way back.

> Britney, the world is NOT out to get you because you are famous. Your paranoia is the first
> symptom that is part of your disease. Your up and down mood swings, your nost probable
> alcohol and or drug use, your lack of caring about your physical hygiene , your poor grooming,
> your out of shape body and the self destructive behavior you exhibit are all signs of your
> disease.
> YOU MUST BE PROPERLY MEDICATED AT ONCE! PLEASE CHECK INTO UCLA'S
> NEUROPSYCHIATRIC INSTITUTE FOR A COMPLETE WORKUP AND EVALUATION
> AND TREATMENT! YOU NEED ATTENTION AT ONCE.

So she wasn't diagnosing her with paranoia? She wasn't telling her that she has a disease? She wasn't
diagnosing her as having mood swings? Does the public understand that? Would Britney Spears understand
that? Would the California Board of Psychology agree that this is not diagnosing?

Then she solicits her:

> Britney, if you a re reading this blog, please email me, call me at my office at 310 274-0528 or
> come and see me at 435 N. Bedford Drive Suite 408 Beverly Hills, Ca. I am here for you. If
> anyone is reading this blog knows Britney personally or has immediate access to who and can
> get to her, please tell her that there is a someone out there who can help her get her life back on
> track. She needs to know that she won't be sold out. No press will be contacted or
> communicated with as it pertains to her. She needs to know everything will be handled with the
> strictest discretion and confidentiality.
> Nothing would please me more than to help give Britney back her life I have done so with
> countless clients in the past. To date their lives are not only back on tract but even better than
> they ever dreamed possible. After over two decades, I know what I am doing and I am SURE
> that I can help you tremendously.

Nice sales pitch, Dr. Glass. NOT.

More recently, in the post that nearly made me apoplectic and that was entitled, "Britney's Body Language
Demonstrates That She May Have Multiple Personality Disorder. If She Does Have It, Was She Ever
Physically or Sexually Abused As A Child?" she wrote:

> The other day I appeared on CNN's Showbiz Tonight and on CNN's Primetime Live with Erica
> Hill where I stated that I believed that Britney may possibly be suffering from Multiple
> personality Disorder, or in clinical terms, Dissociative Identity Disorder (DID) as defined by the
> American Psychiatric Asssociation's Diagnostic and Statistical manual of Mental Disorders
> (DSM-IV-TR) .

She then spent the entire post pointing out the features of DID and examples from Britney's behavior that
would be consistent with that diagnosis. Of course, she threw in a little disclaimer about needing a licensed
psychologist or psychiatrist, but she presented herself as somewhat of an authority on DID by "explaining"
it to her readership/audience.

Not content to just try to make a case that Spears has DID, she also diagnosed her with Cyclothymic
Disorder. As Entertainment Wise reports:

> The renowned Beverly Hills doctor tells America's Globe: "Unless Britney is locked away or

put into a treatment program, she is going to die in six months - or even sooner.

"In my opinion, she suffers from cyclothymia, a chronic mood disorder in which short periods of mild depression are followed by short periods of hypomania.

"That explains why one minute she (Spears) can appear perfectly sane and the next she's exhibiting totally crazy behaviour."

Dr. Glass adds that Brit is "definitely a candidate for suicide if she isn't treated immediately."

So she publicly states that she believes that Spears has cyclothymia and DID and that's not diagnosing — it's just "speculating" in service of "educating? Her current bio does not include reference to a doctorate in Counseling Psychology, but earlier versions of her web site asserted that she obtained a second doctorate in Counseling Psychology. If she has graduate training in psychology, then did she sleep through the ethics classes?

As it turns out, the term "psychologist" *is* protected in California. And Dr. Glass referred to herself as a psychologist at the very top of her web site and blog. She used the adjective "communication" before it but she was still referring to herself as a psychologist. Whether the California Board of Psychology will investigate and initiate any action is up to them. I have already emailed them about Dr. Glass and my concerns about her behavior.

I really wish California would shut down these non-psychologists who speak as if they were psychologists when they're not. To suggest that "media psychologists" are an exemption to the standards for psychologists is to suggest that the profession endorses media whores. I can't speak for my colleagues in California, but some of us feel that people like "Dr. Phil" and "Dr. Glass" are hurting the image of professional psychology. At the very least, they should be required to include a huge disclaimer at the top of every post or at the beginning of any talk that they are not licensed to diagnose or treat mental health problems. And shame on the TV shows that invite them on to "speculate" and do drive-by diagnoses of real people. Diagnosis and treatment are not parlor games for entertainment.

**Update of Feb. 1:**

Although her web blog remains gone, Dr. Glass's main web site is now back online. I see that she has removed the word "psychologist" from her description on her home page, but although her home page has been carefully edited to delete the word "psychologist," the interior pages of her web site continue to use the title "Communication Psychologist," despite the fact that "psychologist" has title protection in California. I suspect that when she catches that error, she will correct it.

🗀 Medical Privacy

- **By Joely Weber**, April 28, 2008 @ 11:23 pm

  Interesting that someone actually confronted Lil Glass's media hype style..no matter the subject. As one who knew Glass up close and personal for 8 long years!, I can tell you that the 'diagnosis' of Brit Spears is a classic case of someone (Glass) projecting their own personality disorders, pathological narcissism, bipolar, eating disorders, obsessions, failed relationships, parental issues; (all that you describe in your blog) onto someone they see value in insofar as control/manipulation for their own

use and gain. Usually the ones targeted are celebs, high profile types, or ones they envy, or are jealous of and want to 'absorb' the very being of the one targeted. Control. Read the very informative book 'Malignant Self Love' found on Amazon.com, author? can't recall…but it is an excellent description of people I have known and studied and learned to stay away from. Very dangerous to one's emotional stability and in some cases, can be quite violent and sociopathic. Lillian Glass is a verrrrry complex lady.

- **By dissent**, April 29, 2008 @ 7:41 am

I have no desire to engage in diagnosis or speculation about Glass's motivations. My concern is the potential harm she and other "media psychologists" do and the role that the California Board of Psychology has played in this situation.

Nancy Grace continues to introduce her as a "psychologist" and puts the title "psychologist" under Glass's name. I wrote to both CNN and Grace to inform me that they are misleading their readers. Never got any reply. So Glass continues to spout off her opinions using the title "Dr." as if she was a genuine professional in mental health — which she decidedly is not.

Given that she is making assertions about real people facing real criminal charges, I think the public should be told that she does not have the credentials or license to make the statements she is making so authoritatively.

I will be following up on this issue to find out what, if anything, the California Board has determined or if they have changed their policies, etc.

And maybe some people should contact CNN and ask them why they participate in misleading their viewers.

- **By Conway Redding, Ph.D.**, June 23, 2008 @ 7:54 am

So,I am curious to know, and so far haven't been able to find out, whether Lillian Glass has an earned doctorate, where she got it, and to what field it pertains. Anybody know?

- **By dissent**, June 23, 2008 @ 8:07 am

In my other blog entry on her, here, I noted that an archived copy of her 2002 web site asserted that in addition to her doctorate in Communication Disorders, she has a second doctorate in Counseling Psychology. Other sources also state that she has a doctorate in Counseling Psychology, but none of them seems to mention where she obtained it, and her 2002 web site didn't mention it, either.

Her current web site academic bio states, "Dr. Glass also holds a second Ph.D. in the field of Psychology" but does not provide any additional info.

- **By Mary Watson**, March 13, 2009 @ 8:09 pm

Dr. Lillian Glass is an idiot. She is insulting to the intelligence of everyone who hears her. I think Nancy Grace's suspicion of everything "psych" leads her to hold on to this phony.

- **By sscott**, April 17, 2009 @ 4:58 pm

Dr. Lillian Glass is a fraud - Psychotherapy Info | Chrono Case 2:09-cv-05648-ODW-FFM    Document 1-3    Filed 07/31/2009    Page 19 of 31 7/29/09 9:16 AM

I was closely acquainted with Lillian Glass for a year or two. In fact we were friends in that she called me for or 5 times every day & picked my brain regarding abusive men…..She did tell me that her Ph.D. is in Speech Pathology & that she had no degrees in clinical psychotherapy or psychology…..She does have an office in Beverly Hills, CA.& was seeing patients/clients at that time. Mostly couples I believe..I have also heard Nancy Grace refer to her as a Psychologist. I have been unsuccessful in contacting Ms.Grce regarding this issue…..Hope this helps

- **By dissent**, April 17, 2009 @ 5:17 pm

Her bio on her site says she has a second doctorate in psychology, but does not indicate from what institution.

Since the state of California has decided not to file charges against her, this thread is closed. I'm gratified that she has stopped identifying herself as a "psychologist" on her web site, and think that anyone who watches Nancy Grace deserves what they get in the way of "experts."

## Other Links to this Post

- **Recent Posts**
  - Responding to threats, Part I.
  - To publish or not to publish?
  - Paging Dr. Freud…
  - EFF releases "Surveillance Self-Defense International"
  - Some Dems denounce Obama
  - More on the Erin Andrews' privacy breach
  - And I thought New Jersey was bad….
  - Ex-Pfizer Manager Sentenced for Obstruction
  - Internal Rifts on Road to Torment
  - We don't need no stinkin' establishment clause
  - Walter Cronkite
  - Why Men Don't Write Advice Columns

- **Categories**

   Select Category

- **Archives**

  Select Month

- **Medical Privacy Issues**

  Medical privacy news and discussion can be found on a sister site, PHIPrivacy.net.

Case 2:09-cv-05648-ODW-FFM   Document 1-3   Filed 07/31/2009   Page 20 of 31

- **John G. Gianutsos, PhD**



  If you would like to share your memories of John, or read others' tributes to John, you may do so in this special [tribute thread](#).

  If your comments are too lengthy for the form, send them to me via [email](#) and I will ensure that they get posted.

  *This thread last updated 07-27-09*

- **Blogroll**

  - [Concurring Opinions](#)
  - [Fergie's Tech Blog](#)
  - [FourthAmendment.com](#)
  - [Jonathan Turley](#)
  - [Michael Zimmer](#)
  - [Privacy & Information Security Law Blog](#)
  - [Privacy Lives](#)
  - [The Barr Code](#)
  - [Threat Level](#)

- **Favorite Links**

  - [Electronic Frontier Foundation](#)
  - [Electronic Privacy Information Center](#)
  - [PogoWasRight](#)
  - [Stop Real ID Coalition](#)
  - [The Consumerist](#)
  - [U.S. Constitution](#)

Copyright © 2006-2009 [Chronicles of Dissent](#). All rights reserved. Chronicles of Dissent is powered by [WordPress](#). [Contact](#). [Log in](#).

Panorama theme by [Themocracy](#)

# EXHIBIT H



Noted with approval Case 2:09-cv-05648-ODW-FFM    Document 1-3    Filed 07/31/2009    Page 23 of 31 7/30/09 2:12 PM

🔲 Entries RSS | Comments RSS

Search this website...    Go

## Chronicles of Dissent

# "A patriot must always be ready to defend his country against his government" — E. Abbey

- Home
- About
- Contact
- Privacy Policy and Terms of Use

## Noted with approval

By dissent, February 1, 2008 2:19 pm

It has been over 24 hours since Britney Spears was re-hospitalized, and unlike the last time, this time I see no publicity-grabbing non-psychologists making public statements or offering their diagnostic opinions. Good! That's the way it should be, and I can only hope that the public smackdown of people like "Dr. Phil McGraw" and "Dr. Lillian Glass" contributed to restraint this time around.

I was also pleased to see that Michael J. Fitzpatrick, executive director of the National Alliance on Mental Illness (NAMI) issued a statement:

> A media circus and reckless speculation has surrounded events in the life of pop singer Britney Spears and her family. Professional ethics require that mental health professionals who have not examined or treated individuals not presume to diagnose them. A person's treatment and recovery from any illness also is entitled to privacy — which in fact may be an important factor in recovery.
>
> [more ...]

Fitzpatrick is absolutely correct in his assertion that mental health professionals who have not examined or treated a person should not presume to diagnose them. Part of the problem was that non-professionals, who do not have to answer to licensing boards or ethics committees, felt free to presume to make diagnostic statements but the public did not necessarily know that those folks are not licensed mental health professionals. As an example, if you search Google for CNN transcripts of the Nancy Grace show where Glass appeared as a guest, Grace always introduces her as a psychologist – and Glass never corrects her.

This is not just about title protection. It's about invasion of privacy and risk of harm. It is one thing for Dr. Phil to say that his intrusion on Spears and subsequent statement to the media "did not help." But left unaddressed is the issue of whether her privacy was invaded and whether he actually did harm by possibly agitating her, heightening any sense of need to flee, heightening any fear of treatment, etc. Similarly, did

Noted with approval by Case 2:09-cv-05648-ODW-FFM    Document 1-3    Filed 07/31/2009    Page 24 of 31 7/30/09 2:12 PM

Spears learn that Dr. Lillian Glass was making dire predictions of her death within months or talking about being Bipolar, or having Cyclothymic Disorder, or possibly Dissociative Identity Disorder? If so, how did that affect her? I do not presume to know how their actions and statements may have affected Spears, but certainly their statements may have scared and/or stigmatized others who might have mental health issues or be in need of treatment.

Do Spears or others who are so publicly discussed and diagnosed have legal recourse? Sure. But are they likely to do anything if they are so busy or overwhelmed with their problems? No. So we have all kinds of privacy and ethical issues and very little accountability.

Fitzpatrick's statement also talked about the role of the media:

> In the case of Britney Spears, professional ethics also are involved which the media must confront. Roy Peter Clark, vice-president of the Poynter Institute, a leading center of journalism training and ethics, recently wrote. "There is clearly a danger zone, when life and health are at stake, when the best thing the press can do is back off. That time for Spears is probably now."

I hope the media take that message to heart and leave folks alone when they are ill so that they do not have to fear media attention if they seek treatment and so that the media does not contribute to a person who may be ill or fragile feeling even more overwhelmed.

 Medical Privacy

- **Recent Posts**
  - Responding to threats, Part I.
  - To publish or not to publish?
  - Paging Dr. Freud…
  - EFF releases "Surveillance Self-Defense International"
  - Some Dems denounce Obama
  - More on the Erin Andrews' privacy breach
  - And I thought New Jersey was bad….
  - Ex-Pfizer Manager Sentenced for Obstruction
  - Internal Rifts on Road to Torment
  - We don't need no stinkin' establishment clause
  - Walter Cronkite
  - Why Men Don't Write Advice Columns

- **Categories**

  Select Category

- **Archives**

  Select Month

Noted with approval Case 2:09-cv-05648-ODW-FFM    Document 1-3    Filed 07/31/2009    Page 25 of 31 7/30/09 2:12 PM

- ## Medical Privacy Issues

Medical privacy news and discussion can be found on a sister site, [PHIPrivacy.net](#).

- ## John G. Gianutsos, PhD



If you would like to share your memories of John, or read others' tributes to John, you may do so in this special [tribute thread](#).

If your comments are too lengthy for the form, send them to me via [email](#) and I will ensure that they get posted.

*This thread last updated 07-27-09*

- ## Blogroll

  - [Concurring Opinions](#)
  - [Fergie's Tech Blog](#)
  - [FourthAmendment.com](#)
  - [Jonathan Turley](#)
  - [Michael Zimmer](#)
  - [Privacy & Information Security Law Blog](#)
  - [Privacy Lives](#)
  - [The Barr Code](#)
  - [Threat Level](#)

- ## Favorite Links

  - [Electronic Frontier Foundation](#)
  - [Electronic Privacy Information Center](#)
  - [PogoWasRight](#)
  - [Stop Real ID Coalition](#)
  - [The Consumerist](#)
  - [U.S. Constitution](#)

Copyright © 2006-2009 [Chronicles of Dissent](#). All rights reserved. Chronicles of Dissent is powered by [WordPress](#). [Contact](#). [Log in](#)

Panorama theme by [Themocracy](#)

# EXHIBIT I

Case 2:09-cv-05648-ODW-FFM     Document 1-3     Filed 07/31/2009     Page 27 of 31

LAW OFFICES

## MARTIN E. JACOBS, INC.
3415 SOUTH SEPULVEDA BOULEVARD, SUITE 640
LOS ANGELES, CALIFORNIA 90034
PHONE: (310) 397-6600 FAX: (310) 397-6605

June 18, 2009

**Via Email To:** 

Blogger of PogoWasRight.org

Re:   Lillian Glass, Ph.D.

To Blogger:

This office represents Lillian Glass, Ph.D., who has been the subject of disparaging, defamatory, and tortious comments on "PogoWasRight's" blog.  Such comments were made by you in your "dissent" and by another individual by the name of S█████ B█████ who has commented on the blog.  She may also be know as "Joley Webber" (unless that is a name which is attributable to you directly).

It is ironic that your blog focuses on privacy rights.  Yet, you have violated the privacy rights and other rights of my client by the matters which you have published in your blog.

Your blog is replete with false claims concerning Lillian Glass, Ph.D.  I note also that you have closed the thread on both of these blogs in 2009, not even allowing Dr. Glass an opportunity to respond.

Your malice in facilitating and making these publications is evident from your comment that "Google cache is not her friend."  You have purposely allowed comments to be published in your blogs, whether by you, or by another, which are false and defamatory in nature, and which are designed to embarrass and hold my client up to ridicule.  This has been done improperly and maliciously.  For example, the blog asserts that Dr. Glass is not a licensed psychologist and that she consequently is not entitled to give her opinions to the media.  Contrary to the assertions made, Dr. Glass, as a media psychologist according to the American Psychological Association and the California Psychology Association, has every right to continue to do what she has been

**Law Offices of Martin E. Jacobs, Inc.**
PogosWasRight.com, a WebBlog
June 18, 2009
Page 2

doing for the past two decades.  Dr. Glass has not diagnosed anyone.  Moreover, she is very much entitled to speak her views about Britney Spears who is a public figure.  Specifically, Dr. Glass did not diagnose Britney Spears.  Rather, she gave her opinion of all the possibilities which someone who exhibited the actions which Ms. Spears did at that particular time in her life.  Dr. Glass handled the media situation responsibly as a seasoned and veteran media psychologist.  She is also very well aware of the terms which you minimize.  Dr. Glass states: "In my opinion" and references "possibilities", and is very media savvy while staying within the perimeters of the law.

In addition, while you attempted to be clever in the title of the January 18, 2009 blog in referencing the old adage.. "People who live in glass houses shouldn't throw stones," you have urged that Dr. Glass be stoned.  This is particularly disturbing since Dr. Glass is an international speaker who speaks in countries where, unfortunately, people are stoned as a form of punishment.  You have in essence incited persons with such propensities and have called for Dr. Glass' death, simply because you did not like what she said in the media.  Whether you meant this or not, the fact that you have said this in a blog headline is egregious and very troublesome.

In so doing, at the very least, you are causing intentional infliction of emotional distress to Dr. Glass.

Further, several years ago, my client sought out a professional relationship with S█████ B█████, Ph.D., during a crisis situation.  Dr. B█████ has chosen to share Dr. Glass' intimate issues through her comments on your blog.  You in turn have chosen to publish those comments in your blog, thus compounding an egregious situation.  It is my understanding that S█████ B█████, Ph.D. now recognizes her error and misjudgment in causing this publication and is desirious of having her comments removed.  She also no doubt wrote the " Joley Webber" comments, which contained false information concerning Dr. Glass.  My client does not know any "Joley Webber" and certainly would know her name if she had known her for eight years as stated in the blog.  In any event, S█████ B█████ Ph.D. is in the process of contacting you to remove all comments concerning Lillian Glass, Ph.D. from PogoWasRight.org, a blog, and any other p laces where it appears.  We anticipate that you will comply immediately.  This applies to the comments that were attributed to "Joley Webber" which is most likely S█████ B█████ Ph.D.

Moreover, you have incited persons reading your blog to complain to the media and to the psychological society about Dr. Glass.  For your information, Dr. Glass has two Ph.D.'s (one in Communication Disorders and the other in Psychology, and a post-doctorate in medical genetics, as well as an advanced degree Clinical Hypno-Therapy).  Dr. Glass is a highly accomplished individual who has written over fifty (50) publications in professional journals, has taught at a prestigious university, and has also written over fifteen (15) books.  You have minimized Dr.

Case 2:09-cv-05648-ODW-FFM   Document 1-3   Filed 07/31/2009   Page 29 of 31

**Law Offices of Martin E. Jacobs, Inc.**
PogosWasRight.com, a WebBlog
June 18, 2009
Page 3

Glass' accomplishments.  Your statement that she is practicing without a license in your blog is ridiculous.  She chooses not to practice as a Psychologist and has never claimed to be one.  However, Dr. Glass does have a Ph.D. in Psychology.  Dr. Glass is entitled to give her opinion in the media based upon her knowledge, education, training, and experience.  She has educated the public for decades, and she is entitled to continue to do so.

Since you have closed all the threads on these blogs so that no one can respond, there should be no issue in removing the blogs in their entirety at this point.  There is no point in keeping them up except to continue to cause malicious harm and emotional distress to my client.

I note also that you have utilized who is Protector, Inc. to improperly hide your identity.  In this regard ICANN requires all domain name registrars to publish contact information in the public who is the daatabase.  You have failed to do so in an unsuccessful effort to keep your identity secret.

Let me make one thing perfectly clear.  Unless these blogs pertaining to Dr. Lillian Glass are taken down immediately, a lawsuit will be forthcoming against you.  I trust that a lawsuit will not be necessary.

Sincerely,

Martin E. Jacobs

MEJ:llt

Case 2:09-cv-05648-ODW-FFM   Document 1-3   Filed 07/31/2009   Page 30 of 31

# EXHIBIT J

From:   "Martin E. Jacobs, Inc." ██████████████████████████████
Subject:      Dr. Lillian Glass
Date:   Mon, July 20, 2009 17:49
To: ██████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
██████████████████████████████
████████████████████████████████
--------------------------------------------------------------------------

Dear ███████████████████

We have now ascertained that you are the blogger of the
"dissent"/"pogowasright.org" website.  As you know, my office emailed my June
18, 2009 letter to the blogger of this website, demanding that the defamatory
references to my client, Lillian Glass, Ph.D., be removed from the internet.
That includes, but is not limited to, the damaging material which you have
published.

I had a response to this e-mail dated July 7, 2009 which stated that I would
have a substantive response within 48 hours.  To date, I have heard nothing
further.

In my letter of June 18, 2009, I also stated that, unless the defamatory and
tortious comments concerning Dr. Lillian Glass were taken off the internet and
blog immediatly, a lawsuit would be forthcoming against you (the blogger).
The vicious and malicious materials continue on the website notwithstanding my
letter.

Under the circumstances, I am giving you a deadline of July 24, 2009 to remove
all references to Lillian Glass or you will be sued for actual and punitive
damages as well as injunctive relief.  This will be done without further
notice and forthwith.

I should also mention to you that if a suit is filed against you, then there
will be a public record of your identity and of your capacity as the blogger
of this "pogowasright.org" and other websites.  Since you have gone to such
great lengths to hide your identity improperly, I think this should also be a
concern of yours.

Sincerely,


Martin E. Jacobs, Esq.