GREGORY ALAN RUTCHIK (SB# 195423)
(gregory@rutchik.com)
**the arts and technology law group**
9320 Wilshire Blvd., Suite 306
Beverly Hills, California 90212
Telephone: (888) 399-9007
Facsimile: (310) 861-1804

COLETTE VOGELE (SB# 192865)
(Colette@vogelelaw.com)
BENJAMIN COSTA (SB# 245953)
(ben@vogelelaw.com)
**VOGELE & ASSOCIATES PC**
12 Geary Street, Suite 701
San Francisco, CA 94108
Telephone: (415) 391-3311
Facsimile: (415) 358-4975

Attorneys for Plaintiff, Jane Doe

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jane Doe, an individual d/b/a POGOWASRIGHT.ORG<br><br>Plaintiff,<br><br>v.<br><br>Lillian Glass, Ph.D., an individual<br>Defendant. | CASE NO. **CV09-05648 CBM (FFMx)**<br><br>**NOTICE OF DISMISSAL WITH PREJUDICE OF JANE DOE'S COMPLAINT FOR DECLARATORY RELIEF** |

TO DEFENDANT AND THEIR ATTORNEYS OF RECORD:

1  Plaintiff Jane Doe aka POGOWASRIGHT.ORG hereby dismisses with prejudice its
2  Complaint in the above captioned matter.

Dated: September 16, 2009

By _____
Gregory Alan Rutchik
Attorneys for Plaintiff

THE ARTS AND TECHNOLOGY LAW GROUP
9320 WILLSHIRE BLVD., SUITE 306
BEVERLY HILLS, CALIFORNIA 90212
TELEPHONE (310) 651-2460

2
JANE DOE'S DISMISSAL WITH PREJUDICE OF COMPLAINT

Case No. CV09-05648 CBM (FFMx)